**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

e360 Insight, LLC, et al.
                              Plaintiff,

v.                                                   Case No.: 1:06–cv–03958
                                                       Honorable Charles P. Kocoras

Spamhaus Project, The
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 20, 2007:

       MINUTE entry before Judge Charles P. Kocoras :Motion hearing held on 2/20/2007. Plaintiffs' motion [68] for a finding of good cause to register the judgment in the United States District Court for the Northern District of Mississippi, is granted. Plaintiffs' motion [70] for a rule to show cause is denied without prejudice. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.