USM 285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| e360Insight, LLC | 06 CV 3958 |
| DEFENDANT | TYPE OF PROCESS |
| The Spamhaus Project, LTD | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tucows, Inc.  Property to be seized:  Domain name www.spamhaus.org

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
116 E. Main St. Starkville, MS 39759

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Synergy Law Group, LLC
730 W. Randolph 6th Floor
Chicago, IL 60661

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Deputies: Please input total deputies used, total hrs + total mileage.

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER 312-454-0013   DATE 10/20/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 24 | District to Serve No. 42 | Signature of Authorized USMS Deputy or Clerk | Date 11/7/06 |
|---|---|---|---|---|
| 1 | | | RHW | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
JOEL WASHBURN, MANAGER

Address (complete only different than shown above)
116 E. MAIN ST.
STARKVILLE, MS

| | |
|---|---|
| ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
| Date 3-20-07 | Time 9:30 ☒ am ☐ pm |
| Signature of U.S. Marshal or Deputy | A. Jones, DUSM N/MS |

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $180.00 | $38.80 | | $218.80 | $250.— | 30.00 ($31.20) |

REMARKS:
2 DUSM's X 2 hours X $45/HR = $180.00
40 miles X 48.5¢/mile = $38.80
// Advised Mr. Washburn to no longer use www.spamhaus.org from this point on. A. Jones, DUSM N/MS

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED N/MS

**FILED**

Form USM-285
Rev. 12/15/80
Automated 01/00

APR - 9 2007
APR 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



| WRIT OF EXECUTION | |
|---|---|
| United States District Court | Northern District of Illinois /EasternDivision |

### CASE NO. 06 CV 3958

To The Marshal of:　　　　　　　NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

Name

　　　　　E360INSIGHT, LLC and DAVID LINDHARDT

you cause to be made and levied as well a certain debt of: $11,716,971.05

Dollar Amount　　ELEVEN MILLION, SEVEN HUNDRED SIXTEEN THOUSAND, NINE HUNDRED SEVENTY ONE, AND FIVE CENTS

　　　　　　　　　　　　　　　　and

in the United States District Court for the Northern District of Illinois, Eastern Division,
before the Judge of the said Court by the consideration of the same Judge lately to wit, September 13, 2006, recovered against the said, defendant, The Spamhaus Project.

and also the costs that may accrue under this writ.
　　And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| Place　　219 South Dearborn Street | District　Northern District of Illinois, Eastern Division |
| City　　Chicago, Illinois 60604 | Date　　January 31, 2006 |
| Witness the Honorable　Charles P. Kocoras | |
| Date　11/2/06　　　Clerk of Court MICHAEL W. DOBBINS | |
| By: Deputy Clerk Maya Burke | |

A TRUE COPY~ATTEST
MICHAEL W. DOBBINS, CLERK

By ........ *M. Burke* ........
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: ........ 11-2-06 ........

### RETURN

Date Received　　　　　　　　　　　　　　Date of Execution of Writ

This writ was received and execute

U.S. MARSHAL　　　　　　　　　　　　　　By: Deputy Marshal

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

# FILED

OCT 2 4 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

E360INSIGHT, LLC,
an Illinois Limited Liability Company, and
David Lindhardt, an individual
, Plaintiff(s)

CASE NO.  06 CV 3958

JUDGE:  Judge Kocoras

vs.

The Spamhaus Project,
a company limited by guarantee and
organized under the laws of England, aka
The Spamhaus Project, Ltd.,
, Defendant(s)

### PRAECIPE

The clerk is directed to issue a writ of execution upon the judgment entered in the above entitled

case against defendant

on the  13th  day of September     2006          , and deliver the same to the U.S.

Marshal to execute.

Damages:

Costs:

Amount of Judgment:   $11,716,971.05

_____
Attorney
Synergy Law Group, LLC
_____
Firm

730 W. Randolph  6th Floor
Address
Chicago, IL  60661
_____
City/State

312-454-0015
_____
Telephone No.

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

E360INSIGHT, LLC, )
an Illinois Limited Liability Company, and )
DAVID LINHARDT, an individual )
)
    Plaintiffs, )
)
v. )
)
THE SPAMHAUS PROJECT, )
a company limited by guarantee and )
organized under the laws of England, aka )
THE SPAMHAUS PROJECT LTD, )
)
    Defendant. )

KC **FILED**

OCT 2 4 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**06 CV 3958**

**Judge Kocoras**

**Magistrate Judge Brown**

### CERTIFICATE OF SERVICE

To:   The Spamhaus Project
      Registered Office
      Communications House
      26 York Street
      London, W1U 6PZ, England

Also To:   Matthew M. Neumeier
         Jenner & Block, LLP
         330 N. Wabash Ave.
         Chicago, IL
         60611

Praecipe

The undersigned, an attorney, certifies that he caused a copy of the ~~Writ of Execution~~ to be served upon the above named party, by placing same with Federal Express in Chicago, Illinois on the 24th day of October, 2006.

Kristen M. Lehner

Synergy Law Group, LLC
730 West Randolph Street, 6th Floor
Chicago, IL 60661
(312) 454-0015
Firm No. 38398