**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| E360INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual | ) ) ) ) | |
| Plaintiffs, | ) ) | **06 CV 3958** |
| v. | ) ) | **Judge Kocoras** |
| THE SPAMHAUS PROJECT, a company limited by guarantee and organized under the laws of England, aka THE SPAMHAUS PROJECT LTD, | ) ) ) ) ) | **Magistrate Judge Brown** |
| Defendant. | ) | |

**AGREED MOTION TO STRIKE ECF DOCUMENT NO. 133
FILED BY WILLIAM SILVERSTEIN**

Plaintiffs, e360Insight, LLC and David Linhardt (collectively Plaintiffs), by and through their attorneys, Synergy Law Group, LLC, respectfully requests that this Court grant its Agreed Motion to Strike the Affidavit filed by William Silverstein ("Silverstein") on November 5, 2007 pursuant to Fed. R. Civ. P. 12(f). In support of this Agreed Motion Plaintiffs state:

1. On November 5, 2007, Silverstein caused to be filed an Affidavit allegedly concerning this lawsuit. (ECF Doc. # 133).

2. This Court should strike the purported Affidavit pursuant to Fed. R. Civ. P. 12(f) because it is immaterial to this litigation, Silverstein is not a party to this litigation and the Affidavit was not filed at the request of either party.

3. Counsel for Plaintiffs has conferred with counsel for Defendant and counsel for Defendant has no objection to striking the Affidavit.

WHEREFORE, Plaintiffs, e360Insight, LLC and David Linhardt, respectfully request that this Court strike from the record the document filed by William Silverstein on November 5, 2007 (ECF Doc. # 133) and for any other relief this Court deems just.

Respectfully submitted,

E360Insight, LLC. and David Linhardt


By: \_\_\_/s/ Daniel J. Peters\_\_\_\_
      One of Their Attorneys

Bartly J. Loethen
Joseph L. Kish
Daniel J. Peters
Synergy Law Group, LLC
730 West Randolph, 6th Floor
Chicago, Illinois 60661
Telephone: (312) 454-0015
Facsimile: (312) 454-0261

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing Agreed Motion to Strike ECF Document No. 133 Filed by William Silverstein was served upon the attorneys listed below electronically through CM/ECF on November 27, 2007.

Craig Christopher Martin    cmartin@jenner.com,docketing@jenner.com

Matthew M. Neumeier    neumeierm@howrey.com,basak@howrey.com

David Eric Jimenez-Ekman    djimenez-ekman@jenner.com,docketing@jenner.com

Andrew Bruce Cripe    acripe@hinshawlaw.com,courtfiling@hinshawlaw.com

Stephen M Geissler    sgeissler@jenner.com

Daniel Joseph Peters dpeters@synergylawgroup.com,nmcdonald@synergylawgroup.com

Joseph L Kish    jkish@synergylawgroup.com,nmcdonald@synergylawgroup.com

Evan D Brown    ebrown@hinshawlaw.com

Carrie A Fino    cfino@jenner.com

Chad Emerson Bell    cbell@jenner.com

                                              By:    /s/ Daniel J. Peters
                                                    One of Their Attorneys

Bartley J. Loethen (6225484)
Joseph L. Kish (6197916)
Daniel J. Peters (6272859)
Synergy Law Group, LLC
730 West Randolph, 6th Floor
Chicago, Illinois 60661
Telephone: (312) 454-0015
Facsimile: (312) 454-0261