# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
### Eastern Division

e360 Insight, LLC, et al.

                    Plaintiff,

v.                                          Case No.: 1:06–cv–03958
                                          Honorable Charles P. Kocoras

Spamhaus Project, The

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 5, 2007:

      MINUTE entry before Judge Charles P. Kocoras :Status and motion hearing held on 12/5/2007. Parties' agreed motion [134] to strike ECF document No. [133] filed by William Silverstein is granted. Said document [133] is stricken. All discovery to be completed by 2/28/2008. Status hearing set for 2/28/2008 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.