**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| e360 INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 06 C 3958 |
| v. | ) ) | District Judge Charles P. Kocoras |
| | ) | Magistrate Judge Geraldine Soat Brown |
| THE SPAMHAUS PROJECT, a company limited by guarantee and organized under the laws of England, a/k/a THE SPAMHAUS PROJECT, LTD., | ) ) ) ) ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT

Carrie A. Fino, counsel for Defendant, respectfully requests that this Court enter an order granting Ms. Fino leave to withdraw as counsel for Defendant.  In support of this motion, counsel states as follows:

1.     Carrie A. Fino is one of the attorneys of record for Defendant in the above-captioned matter.

2.     Ms. Fino is leaving her employment with Jenner & Block LLP.

3.     Defendant will continue to be represented in this matter by Craig C. Martin, David Jiménez-Ekman, and Chad Emerson Bell of Jenner & Block LLP.

4.     Ms. Fino has informed Defendant that she is leaving Jenner & Block and Defendant has agreed to her withdrawal.

5.     Counsel respectfully submits that Defendant will continue to be adequately represented by these other counsel for Defendant, and that accordingly Defendant will suffer no prejudice from counsel's withdrawal.

WHEREFORE, the undersigned respectfully requests that the Court enter an Order granting her leave to withdraw her Appearance as counsel of record for Defendant in this proceeding.

Respectfully submitted,

THE SPAMHAUS PROJECT

Dated: October 1, 2008                    By:  s/  Carrie A. Fino

Craig C. Martin
David Jiménez-Ekman
Carrie A. Fino
Chad Emerson Bell
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
Telephone:      (312) 222-9350
Facsimile:      (312) 527-0484