```
 1              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3
    e360 INSIGHT, LLC, et al.,          )  Docket No. 06 C 3958
 4                                      )
                     Plaintiffs,        )
 5                                      )
              vs.                       )
 6                                      )
    THE SPAMHAUS PROJECT,               )  Chicago, Illinois
 7                                      )  February 3, 2009
                     Defendant.         )  9:30 o'clock a.m.
 8

 9        TRANSCRIPT OF PROCEEDINGS - MOTION TO COMPEL
            BEFORE THE HONORABLE CHARLES P. KOCORAS
10

11  APPEARANCES:

12
    For the Plaintiffs:      SYNERGY LAW GROUP L.L.C.
13                           BY:  MR. BARTLY J. LOETHEN
                             730 W. Randolph St., 6th Floor
14                           Chicago, Illinois  60661

15
    For the Defendant:       MESSRS. MESSRS. JENNER & BLOCK
16                           BY:  MR. CHAD BELL
                             33 N. Wabash Avenue
17                           Chicago, Illinois  60611

18
    Court Reporter:          MS. JOENE HANHARDT
19                           Official Court Reporter
                             219 S. Dearborn Street, Suite 1744-A
20                           Chicago, Illinois  60604
                             (312) 435-6874
21

22            * * * * * * * * * * * * * * * * * *

23
                     PROCEEDINGS RECORDED BY
24                   MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED BY COMPUTER
25
```

1          THE CLERK:  06 C 3958, e360 Insight vs. The Spamhaus

2    Project.  Motion to strike.

3          MR. LOETHEN:  Good morning, your Honor, Bart Loethen

4    for the plaintiff e360.

5          THE COURT:  Good morning.

6          MR. BELL:  Good morning, your Honor, Chad Bell for

7    defendant Spamhaus Project.

8          THE COURT:  Good morning.

9          MR. LOETHEN:  Your Honor, this is a motion regarding

10   -- well, to strike something that was included in other motions

11   that you are set to rule on, on the 26th of this month.

12          Might we be able to get this quickly briefed in the

13   same schedule and still keep the same ruling date?

14          If we would have ten days to --

15          THE COURT:  This is your motion to strike?

16          MR. BELL:  This is our motion; correct, your Honor.

17          THE COURT:  And you want to file a response?

18          MR. LOETHEN:  I would like to within 10 days.

19          THE COURT:  When are we scheduled to rule?

20          MR. BELL:  I believe your Honor said that you were

21   going to issue a ruling on February 26th.

22          Of course, your Honor is free to rule whenever he

23   would like.  So --

24          THE COURT:  Oh, you betcha.

25          (Laughter.)

1          THE COURT:  That is not a politically proper

2   expression, "You betcha," right?

3          (Laughter.)

4          MR. LOETHEN:  If we would have ten days, giving them

5   seven days, there would still be another six days for you to

6   include this prior to the 26th.

7          THE COURT:  Well, I will make it seven.  You have

8   seven days to answer.

9          And you have seven days to reply.

10         And we will take it all together.

11         MR. LOETHEN:  Thank you, your Honor.

12         THE COURT:  Okay?

13         MR. LOETHEN:  Yes.

14         THE COURT:  All right.

15         THE CLERK:  The answer to the motion is due

16  February 10th; and, the reply, February 17th.

17         MR. BELL:  Thank you, your Honor.

18         THE COURT:  All right.

19         MR. LOETHEN:  Thank you.

20                    *   *   *   *   *

21  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.

22

23  /s/ Joene Hanhardt                    March 9, 2009

24  Official Court Reporter

25