## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

e360 Insight, LLC, et al.

                    Plaintiff,

v.                                                                  Case No.: 1:06–cv–03958
                                                                    Honorable Charles P. Kocoras

Spamhaus Project, The

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 3, 2009:

      MINUTE entry before the Honorable Charles P. Kocoras:Status hearing held on 6/3/2009. Plaintiff to tender its rebuttal expert's report by 7/10/2009. Deposition of said expert to be completed by 7/31/2009. Status hearing continued to 8/27/2009 at 9:30 a.m. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.