**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| e360 INSIGHT, LLC, an Illinois Limited Liability Company, and DAVID LINHARDT, an individual, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 06 C 3958 |
| v. | ) ) | District Judge Charles P. Kocoras |
| | ) | Magistrate Judge Geraldine Soat Brown |
| THE SPAMHAUS PROJECT, a company limited by guarantee and organized under the laws of England, a/k/a THE SPAMHAUS PROJECT, LTD., | ) ) ) ) ) | |
| Defendant. | ) | |

**THE SPAMHAUS PROJECT'S NOTICE OF APPEAL**

Notice is hereby given that The Spamhaus Project, defendant in the above-named case, appeals to the United States Court of Appeals for the Seventh Circuit from: (a) the final judgment entered on June 11, 2010, and (b) the order entered on September 30, 2010, denying The Spamhaus Project's Rule 59(e) Motion to Alter or Amend Judgment.

Counsel of record for Defendant The Spamhaus Project are:

Craig C. Martin
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 923-2776
(312) 840-7776 fascimile
cmartin@jenner.com

David Jiménez-Ekman
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 923-2683
(312) 840-7683 facsimile
djimenez-ekman@jenner.com

Joseph R. Dunn
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 840-7641
(312) 840-7741
jdunn@jenner.com

Date: October 29, 2010                      Respectfully submitted,

s/ David Jiménez-Ekman
Craig C. Martin
David Jiménez-Ekman
Joseph Dunn
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 923-2683 telephone
(312) 840-7683 facsimile
*Attorneys for Defendant*