**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| E360INSIGHT, LLC, | ) | |
| an Illinois Limited Liability Company, and | ) | |
| DAVID LINHARDT, an individual | ) | |
| Plaintiffs, | ) | **06 CV 3958** |
| | ) | |
| v. | ) | **Judge Kocoras** |
| | ) | |
| THE SPAMHAUS PROJECT, | ) | **Magistrate Judge Brown** |
| a company limited by guarantee and | ) | |
| organized under the laws of England, aka | ) | |
| THE SPAMHAUS PROJECT LTD, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' NOTICE OF CROSS-APPEAL**

NOTICE IS GIVEN that all Plaintiffs in the above captioned case, e360Insight, LLC and

David Linhardt, hereby appeal to the United States Court of Appeals for the Seventh Circuit from

the final judgment entered in this action on June 11, 2010.


Dated:  October 29, 2010                           Respectfully submitted,

                                                   By: /s/   Bartly J. Loethen
                                                          One of Their Attorneys




Bartly J. Loethen (6225484)
Synergy Law Group, LLC
730 West Randolph, 6th Floor
Chicago, Illinois  60661
Telephone:  (312) 454-0015
Facsimile: 312-454-0261